**FILED**

July 8, 2022

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____NM_____
DEPUTY

FILED

JUN 3 0 2022

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

**Plaintiff**

CARVEL GORDON DILLARD

v.

STATE OF OREGON ET AL

**Defendant**

Case No. _____

SA22CA0699

XR

## COMPLAINT WITH EMERGENCY RESTRAINING ORDER

TWELVE PAGE INITIAL COMPLAINT
AND SEE ATTACHED EXHIBITS

ON THIS 30TH DAY OF JUNE 2020

TO :

JUDGE ORLANDO L. GARCIA
VIA JESSICA URRUTIA
COURTROOM DEPUTY

DEAR MS. URRUTIA : PLEASE
HAND THIS 12 PAGE REQUEST
FOR EMERGENCY RESTRAINING
ORDER TO ORLANDO L. GARCIA
CHIEF JUDGE OF THE UNITED
STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF
SAN ANTONIO - THE REQUEST
HAS A LOT OF EXHIBITS ATTACHED.
IT IS AN EMERGENCY BECAUSE
DENIAL OF THE RESTRAINING
ORDER - MAY CAUSE LOSS OF LIFE.

IN THE UNITED STATES COURT FOR THE
WESTERN DISTRICT OF TEXAS AT
SAN ANTONIO


TO:
ORLANDO L. GARCIA
CHIEF JUDGE OF THE UNITED STATES DISTRICT
COURT FOR THE WESTERN DISTRICT OF
TEXAS AT SAN ANTONIO IN CARE OF
JESSICA URRUTIA, COURTROOM DEPUTY

FROM:
    CARVEL GORDON DILLARD
    11306 WHISPER WILLOW ST.
    SAN ANTONIO, TEXAS 78230


1

Comes How Carver Dillard, Plaintiff, and Files This complaint attached Hereto — it is complaint against a state: Oregon by a Resident of another state: Me. And in such case the United States Supreme Court has original jurisdiction and pendant jurisdiction on the Rest of it. As a Preliminay and urgent matter I ask for a Protective order Prohibiting my arrest during the Pendancy of this case against Christopher Wray Director of the ~~federal bureau~~ F.B.I. Service on Director Wray will be by Certified US. Mail with copy to Attorney General Merrick Garland.

2

PLEASE NOTE THAT GARLAND ALREADY HAS RECEIVED COPY OF COMPLAINT IN THE SAME MAILING THAT THIS COURT RECEIVED COPY SOME TIME AGO.

MY INTENT HAS BEEN TO IGNORE THE TREASON AND HOST OF FELONY CONDUCT BY WRAY AND FILE INITIAL COMPLAINT IN CONFORMANCE WITH YOUR 20 PAGE RULE — BUT EVENTS MANDATE THAT I SEEK PRELIMINARY RESTRAINING ORDER AGAINST WRAY.

WRAY HAS ISOLATED ME IN MY HOME BY BLOCKING MY TELEPHONE COMMUNICATION AND BLOCKING MY COMMUNICATIONS WITH TEXAS GOVERNOR

3

GREG ABBOTT — THE F.B.I HAS SET UP A FAKE CONTACT GOV. ABBOTT DUPLICATE WEBSITE AND WHEN I ATTEMPT TO CONTACT THE GOVERNOR THE F.B.I READS MY COMMUNICATION (THE F.B.I IS IN CONTROL OF MY COMPUTER ~~YAHOO~~ YAHOO HAS WARNED ME REPEATEDLY OF UNKNOWN DEVICE ACCESSING MY YAHOO E-MAIL ACCOUNT WITH IP ADDRESS OF MARYLAND)

AND IF THEY DO NOT LIKE WHAT I AM ATTEMPTING TO COMMUNICATE TO THE GOVERNOR OF TEXAS — IN A FLASH I GET AN EXACT DUPLICATE OF THE GOVERNORS COMMUNICATION WEBSITE AND

4

GOVERNOR ~~ABO~~ ARBOTT NEVER GETS MY COMMUNICATION AND WHEN I PUSH SEND IT ~~GOS~~ GOES TO THE F.B.I. ESSENTIALLY THE SAME THING ~~HAPPEN~~ HAPPENS WHEN I TELEPHONE THE GOVERNOR: I GET A MESSAGE THAT THE LINE IS BUSY AND I SHOULD LEAVE A RECORDED MESSAGE. BUT I DO NOT BELIEVE THAT THE GOVERNOR OR HIS AIDS EVER HEAR ~~HEAR~~ MY RECORDED MESSAGE. ALSO THE PDF OF MY ~~NEW~~ NEW BOOK: THE 500 PAGES HAS BEEN REPEATEDLY CORRUPTED WHILE IN

5

MY COMPUTER. THE PUBLICATION OF
MY OLD NEVER YET PUBLISHED BOOK
HAS BEEN THWARTED BECAUSE
IT IS A POLITICAL BOMB SHELL.
BUT IT IS POSTED ON MY WEBSITE
AT CARVEL GORDON DILLARD . COM
YOU MIGHT FIND IT TO BE
ENLIGHTENING. I HAVE BEEN
UNDER VIRTUAL ARREST AT MY
HOME AT 11306 WHISPER WILLOW
SAN ANTONIO TEXAS 78230 WITH
THE F.B.I. BUGGING MY HOME
FOR SOUND AND RESTRICTING BOTH
INCOMING AND OUTGOING COMMUNICATION
BUT IT IS ~~REALLY~~ REALLY MUCH

6

WORSE THAN THAT : IT APPEARS CERTAIN
WITH PROOFS AND MULTIPLE CREDIBLE
WITNESS THAT THE F.B.I. HAS
DUPLICATED MY SENT E-MAILS — THAT
IS TO SAY — I SEND AN
E-MAIL AND IT GOES OUT O.K.
BUT THAT E-MAIL IS REPLACED WITH
A REWRITTEN E-MAIL IN MY
E-MAIL ARCHIVE. THIS IS A
FELONY OFFENSE — BECAUSE IT
HAS NO POSSIBLE LEGITIMATE
PURPOSE. AND I AM SEEKING
INDICTMENT OF WRAY BY
THE ATTORNEYS GENERAL OF

7

TEXAS, FLORIDA, AND THE UNITED STATES OF AMERICA. BUT THAT MAY TAKE SOME TIME AND THE F.B.I HAS ABOUT A DOZEN AGENTS WATCHING MY HOUSE AND ~~ELECO~~ WHEN I WENT OUT YESTERDAY AND TOOK A SAN ANTONIO TRANSIT BUS AND WAS ~~was~~ AWAITING THE BUS AT A BUS STOP; THE F.B.I COMMANDEERIED (MY SPELLING IS BAD BUT I MEAN THAT ~~the~~ AHEAD OF MY STOP THE F.B.I STOPPED THE BUS AND ~~Reen~~ REPLACED THE DRIVER WITH A LADY EXPENSIVELY DRESSED WITH ~~corocebeen~~ LOTS OF

8

GOLD BRACELETS AND RINGS JUST SO THAT THEY WOULD NOT LOSE TRACK OF ME. AND I WENT TO U.P.S. AND SENT OVERNIGHT MAIL TO GOVERNOR ABBOTT AND TO SENATOR CRUZ WHICH ~~APPARENT~~ APPARENTLY ~~NEATI~~ NEITHER OF THEM GOT. THE BUS DRIVER REPLACEMENT MAKES NO SENSE ~~SI~~ SINCE THEY COULD HAVE TRACKED ME SIMPLY BY PUTTING AN AGENT ON THE BUS — BUT WRAYS ACTIONS ARE NOT SANE — AND I SPOKE TO THE REPLACEMENT DRIVE AND SHE WAS AGAST THAT I UNDERSTOOD WHAT WAS GOING ON.

9

AND WRAY IN WASHINGTON? IS
GETTING BACKLASH FROM THE
FIELD AGENT — WHO AFTERALL
MONITOR AUDIO AT MY HOME AND
SOME OF THEM HAVE READ MY
BOOK POSTED ON:

CARVELGORDONDILLARD.COM AND
THIS MORNING, AT 4:30 A.M I
WAS ON THE GOVERNORS WEBSITE
AND WHEN I GOT HALFWAY REG
THROUGH MY COMMUNICATION THE
SWITCH OCCURRED AND I
SENSED IT — AND I CONJURED
TEXT BUT I ADDRESSED IT TO
DIRECTOR WRAY AND THEN

10

WHEN I WROTE "AND TO THE
~~FED~~ FIELD AGENTS I SAY..."
THE SCREEN WENT BLANK.
AND I ~~COMPUTER~~ RAN AWAY FROM
THE HOUSE AFTER ABANDONING
PHONE AND COMPUTER AND F.B.I
FOLLOWED ME BUT LOST ME
BY MY ~~PHASE~~ MAKING A TWO
MILE CIRCLE IN A MAZE OF
STREETS AND THEN I TOOK A
BUS TO THIS COURT.

PLEASE ISSUE ORDER
RESTRAINING WRAYS CORRUPTION
OF GOVERNOR ABBOTTS WEBSITE —
AND PROHIBIT HARASSMENT OF ME.

11

MY PRAYER TODAY IS THAT
THIS ~~COUT~~ COURT ISSUE A
RESTRAINING ORER & AGAINST
WRAYS ACTIONS — THAT THE
COURT WILL GIVE ME COPY THAT
I CAN SHOW TO THE FIELD
AGENTS THAT I MIGHT ENCOUNTER
AND THAT THIS COURT WILL
ELECTRONICALLY SERVE THE
ORDER ON U.S. ATTORNEY
GENERAL GARLAND.

MOST RESPECTFULLY.

CARVEL GORDON DILLARD

12

EXHIBIT A



DEAR JUDGE
GARCIA —
I NEED AN
EMERGENCY
PROTECTION
ORDER.
AND I WILL
REMAIN AT
THE COURTHOUSE
AWAITING YOUR
DISCRETION.
        RESPECTFULLY.
CARVEL GORDON DILLARD
11306 WHISPER WILLOW ST.
SAN ANTONIO TEXAS
CARVELGORDONDILLARD.COM

May 2, 2022

To:

Ken Paxton
Attorney General of Texas
PO Box 12548
Austin, TX  78711-2548

*CHIEF JUDE GARCIA:*
*THIS IS ONE OF*
*MANY COMMUNICATIONS*
*THAT WRAY HAS*
*INTERCEPTED IN*
*TRANSIT AND DELAY*
*IN RECEIPT WILL*
*MOST PROBABLY CAUSE*
*INNOCENT DEATHS*

From:

Carvel Gordon Dillard
11306 Whisper Willow St
San Antonio, TX n78230

Dear Attorney General Paxton,

I sent Governor Abbott an I am so smart – you, meaning you sir,
are so dumb personal letter you know – Dear Greg – that disparaged
your relationship with Cruz.  And suggested that the reason for the
border crisis is that you are inept and I sincerely apologize.  It is not
true at all and I ask that you show this letter to Governor Abbott and
tell him that my motives were noble but my attempt to manipulate the
Governor at your expense is shameful and I do apologize to you both.

Your legal challenges to the Biden Administration are and have
been well thought out – but in my own defense I must say that your
failing, and the reason for the letter, is that in my view you have

restrained Governor Abbott from taking necessary action to protect

Texas.  You apparently caution him that he must stay withing the law

respectively citing the Arizona decision when in fact that out of state

lower Federal Court decision has no legal restraint on Texas

Deportation of Illegal Aliens.

The key to border security is not deportation although I am

prepared to argue before Justice Thomas that Texas Deportation of

Illegal Aliens is lawful – and my argument will be successful in the

Supreme Court of the United States – but if Texas bars entry of illegals

then there is never a need to deport and that is the key – simply prohibit

entry of illegals by arrest and immediate return hence they came;

simply arrest and deport everyone who lacks documents allowing

Texas entry.  The way Greg is doing it now Texas acts as a processing

facility to funnel illegal aliens into the heartland of the United States,

and why you advised that it was lawful to bus illegals to Washington

but not to Mexico I can not imagine – Washington DC is now simply a

way station for transit of illegals into Florida in part paid for by Texas

taxpayers.  Sure it makes news – showing what the communists in the

Remington model 13 semi auto 12 gauge shot gun with 13" barrel or a Tippmann 22 long rifle fully automatic rifle – your choice. Defense of the police response to the Uvalde school shooting disqualifies Texas Senator John Cornyn from being invited to Pensacola – delay cost children their lives. Texas is arming 20 to 30 year old males; everyone passes my vetting will be issued a 22 cal fully automatic firearm. You will be issued a pin number which I will use to communicate with you via the internet using Yandex email and you will be issued a Texas bitcoin debit/credit card on which I will pay you $130 a day for every day that you are called up.

You must agree to appear armed and in uniform and to travel to the location that I designate within the number of hours ranging from 24 to 96 that I email you.

You should inform your employer that you are a member of the Texas Guard and are at all times armed. You will not wear the jacket nor the armband nor the duty belt except and unless I call you up.

The Texas State Police is the officer core of the Texas Guard. The State Police are to a man members of the Texas Guard – and

EXHIBIT B

PLEASE UNDERSTAND THAT YOU ME ABBOTT CRUZ RUBIO DESANTIS ARE SUBJECT TO SECRET FISA TREASON WARRANTS GIVING DIRECTOR WRAY SWEEPING AUTHORITY TO NOT ONLY MONITOR BUT ALSO TO CENSOR AND TO EDIT YOUR COMMUNICATIONS AND THE ONLY ONE THAT WRAY IS AFRAID OF IS YOU AND MY INTERNET CONNECTION HAS JUST THIS MOMENT BEEN CUT BUT MY BROADCAST OF THIS INFORMATION TO THE WORLD HAS ALREADY HAPPENED AND COMMUNICATION TO

A STATE SUPREME COURT TELLING THE JUSTICES ABOUT ALL AND I DO MEAN ALL OF THIS IS IN THE MAIL WITH DUPLICATE DELIVERY BY PRIVATE DELIVERY SERVICE AND THOMAS ROBERTS AND GARGA ARE GOING TO BE OUTRAGED WHEN IT IS DISCOVERED THAT SUPREME COURT JUSTICE THOMAS IS ALSO LIKE ME THE SUBJECT OF A SECRET FISA WARRANT — SO WHERE DO WE GO FROM HERE MR. WRAY?

EXHIBIT C

December 1, 2021

To:

    **John G. Roberts Jr**
    **Chief Justice of the U.S. Supreme Court**

        and to

    **Clarence Thomas**
    **Associate Justice of the U.S. Supreme Court**

        Both

    **Addressed in duplicate original to**
    **One First St. N.E. Washington DC 20543**
    **(In care of:  Scott S. Harris, Clerk)**

        and to

    **Orlando L. Garcia**
    **Chief Judge of the United States District Court for the Western District**
    **of Texas at San Antonio**
    **655 E. Cesar E. Chavez Blvd**
    **San Antonio, Texas 78206**
    **(In care of Jessica Urrutia, Courtroom Deputy)**

From:
    **Carvel Gordon Dillard**
    **11306 Whisper Willow St.**
    **San Antonio, Texas 78230**

With copy to:
    **Merrick Garland**

**Attorney General of the United States**
**U.S. Department of Justice**
**950 Pennsylvania Ave N.W.**
**Washington DC 20530-001**

**and to**

**Ashley Chapman Hoff**
**United States Attorney for the Western District of Texas**
**601 N.W. Loop 410, Suite 600**
**San Antonio, Texas 78216-5597**
**(In care of:  Stephanie Rico, Clerk)**

**and to**

**William Joseph Burns**
**Director of the U.S. Central Intelligence Agency**
**1000 Colonial Farm Road**
**McLean, Virginia 22101**

**and to**

**Avril Haines**
**Director of National Intelligence Office of Director of National**
**Intelligence**
**(In care of Benjamin T. Huebner, Chief Civil Liberties, Privacy and**
**Transparency at ODNI)**
**2905 Hideway Road**
**Fairfax, Virginia 22031-1310**

**and to**

**Christopher A. Wray**
**Director of the Federal Bureau of Investigation**
**935 Pennsylvania Ave N.W.**
**Washington DC 20535**

and to

Sundar Pichai
C/O Alphabet
1600 Amphitheatre Parkway
Mountainview, California 94043

and to

Andrew Jassy
410 Terry Ave N.
Seattle, Washington 98109

and to

Martha Lee Walters
Chief Justice Oregon Supreme Court
Supreme Court Building
1163 State Street
Salem, Oregon 97301

and to

Kate Brown
Office of the Governor
900 Court St., Suite 254
Salem, Oregon 97301

and to

Ellen Rosenblum
Office of the Attorney General
1162 Court St. N.E.
Salem Oregon 97301

and to

Elon Musk
C/O SpaceX     c
54298 Boca Chia Blvd.
Brownsville, Texas 78521

                    and to

Rafael Edward Cruz
3028 Ella Lee Lane
Houston, Texas 77019

                    and to

Greg Abbot
PO Box 12428
Austin, Texas 78711

Rand Paul
1029 State St.
Bowling Green, Kentucky 42101

                    and to

Steve Forbes
Forbes Media, LLC
Jersey City, New Jersey 07310


Dear Roberts, Thomas, and Garcia:

    This letter is a heads up to describe an action that at, the discretion of

Justice Thomas, may be split into three separate actions or not and Judge

Garcia will be asked to serve the complaint, all of it, on the clerk of the United States Supreme Court for the review of Justice Thomas.

And Justice Thomas can at his discretion assume jurisdiction of all of it and issue judgements or he can take only part of it at his pleasure.

It is a complaint against a state:  Oregon by a resident of another state: Texas and in such case the United States Supreme Court has original jurisdiction and pendant jurisdiction on the rest of it.

Justice Thomas will remember that I tried to have the clerk of the Supreme Court serve an action upon both then Justice Kennedy and upon Justice Thomas and the clerk served it upon Kennedy alone and not on Thomas.  See: Dillard vs. Oregon et al USCA Case 14-35488

I was a sometime resident of Oregon and I was also a sometime resident of Texas and I maintained homes in both states and traveled back and forth frequency.  Currently I am a resident of Texas and I will never return to Oregon.

Failure of the clerk to provide Judge Thomas' clerk with copy of my complaint and request for certiorari was more than simply improper it was the result of conspiracy between the clerk of the court and Justice Kennedy to isolate Justice Thomas from knowledge of Second Amendment cases which

maybe would have stayed hidden except that I sent, inter alia, separate letters to Justice Kennedy and to Justice Thomas and the clerk delivered both letters to Justice Kennedy's clerk and Justice Kennedy apparently told the clerk of the court to return both letters to me with letter saying that the high court had no jurisdiction because my petition for certiorari had been denied by the clerk. The clerk told me that he was prohibited from providing the Justices of the court information about a case in which they lacked jurisdiction and that's why the clerk said that he three times, returned to me letters addressed to Justice Thomas – to which I replied in letter to the clerk that his actions were unlawful and I demand that Justice Thomas be allowed to exercise his discretionary authority to review my case – to no avail whatsoever.

But the plot against Thomas was revealed when I sent a copy of one of the returned to me Thomas letters to one of the Thomas clerks – and Justice Thomas then reviewed the record of correspondence between me and the clerk and apparently the record showed the clerk to be acting upon Justice Kennedy's express instructions – and Justice Thomas complained and Justice Kennedy resigned. Part of the actions to be filed is the action that caused Justice Kennedy to resign rather than have the issues and his own misconduct exposed for full court adjudication.

But there is no problem with a re-file of Dillard vs. Oregon in the Supreme Court of the United States since the high court has original jurisdiction.

And there is no statue limitations problem since Federal Judge Owen Panner dismissed the action with the proviso that it could be re-filed if I ever managed to have convictions overturned and in fact the Oregon Supreme Court has reversed two felony convictions and the Oregon Court of Appeals has reverse twenty seven felony convictions.

Judge Panner specified in written order that in such case statue limitation was to be waived. And regardless it is in fact a continuing tort and would not have a statue limitation problem any way.

Part of the case includes my action as a private attorney general acting in behalf of the state of Oregon in claw back of two thirds of about eighty million dollars of graft and Oregon Governor Kate Brown will be a named defendant as will Oregon Attorney General Ellen Rosenblum and her Deputy Michael Sanchez and I will sue them in both their personal and in their official capacity and I will request that this court order their disbarment.

Brown and Rosenblum looted the Oregon State Treasury of hundreds of millions of dollars by awarding no bid contracts at ten times what same

services should cost. I evidence 80 million dollars spent for legal services that reasonably only should have cost the state 10 million and I will ask this court for claw back – from Ellen Rosenblum who awarded the contracts and from the favored law firms and for sanctions against Kate Brown for her not objecting to Rosenblum's no bid contracts.  Brown also awarded hundreds of millions of dollars in state contract at more than would have cost if declared to be a bid contracts but theft and graft are not as easy to prove concerning Brown's contracts whereas Graft is apparent in the costs to Oregon for Rosenblum's clerical services.

The action could be split into three separate actions or not at the sole discretion of Justice Thomas.

As I see it – I will file a twenty page complaint perhaps to come back later and file a first amended complaint of greater length if necessary but I intend to stay within Judge Garcia's twenty page initial limit.

And I will file several motions not exceeding 20 pages each – one of which will be that Judge Garcia shall serve the action upon the clerk of the United States Supreme Court – for delivery to Justice Thomas.

That way Justice Thomas can review it and adjudicate whatever he wants and he can discretionarily kick back to Judge Garcia any or all of it and

then he can review Judge Garcia's adjudications affirming or overturning them and I expect that when Brown and Rosenblum and Sanchez lose that they will appeal to the full Supreme Court.

One of the motions will be to ask that the court declare part of the action to be a class action in behalf of thousands of Oregon convicts who have had their appeals summarily dismissed because of an unconstitutional Oregon law that prohibits any appeal of a post conviction court judgement.

No one has a constitutional right to appeal but ORS 138.525 is a gross violation of the equal protection provisions of the Constitution of the United States since every Oregon court except an Oregon post conviction court has the feature of an allowed appeal. I did ask the Oregon Supreme Court to declare the Oregon law to be void as unconstitutional – and they denied my motion although they overturned my two remaining convictions. The Oregon Court of Appeals had already overturned twenty seven felony convictions but the Court of Appeals had affirmed without opinion the two convictions that came out of the post conviction court.

Along with the order vacating my only remaining convictions the Oregon Supreme Court sent the Oregon Court of Appeals a Writ of Mandamus demanding an explanation as to why the Court of Appeals had

affirmed my convictions since the high court recounted half a dozen good reasons to overturn my convictions and the Court of Appeals replied that they believed that because of the Oregon no appeal law that they lacked jurisdiction to even consider a post conviction appeal. The Oregon Supreme Court enjoys other than appeal jurisdiction to discretionarily review. And that issue, inter alia, maybe will be back before the Oregon Supreme Court – but regardless of what the Oregon Supreme Court rules each and every Oregon convict like myself has cause of action against the State of Oregon for, among other things, loss and damage caused by summary dismissal of their appeals – and in fact – like myself – no Oregon convict ever has his convictions overturned in an Oregon Court of Appeals court because the Oregon Attorney General, in every case, files a motion to dismiss the post conviction court action on grounds that whatever the convict says fails to state a claim and if a complaint fails to state a claim then under ORS 138.525 the Court of Appeals can not consider an appeal – but the key fact is that not only does the Oregon Attorney General file the exact same motion in every post conviction case – the motion is always granted by the post conviction court because most post conviction attorneys are appointed by the state and they always file deficient petitions – no you think that can not be true – but I tell

you it is true and the record which I will show this court, if it allows, will show

that no convict ever wins in post conviction if he has state appointed counsel

because the petitions are in fact always deficient and that state appointed

counsel in Oregon must file deficient petitions upon pain of not being hired by

the state again and the only way I got around that is that I am at least half

smart and when I read the petition I demanded that it be stricken and I

demanded that new counsel be appointed for me – and my request was

granted and new counsel was appointed that again filed a petition in my

behalf and when I read it I again demanded that the new petition be stricken

and that new counsel be fired and that another counsel should be appointed

and the newest petition was then stricken and my third court appointed

counsel did not file a new petition but rather proceeded on the petition that I

had written while I was in prison.  I had been released – but I still had no

resources to hire a private attorney – and my third court appointed counsel

then refused to ask the judge for a hearing to have the state answer with

specificity to each of the long list of reasons any one of which mandated

reversal of convictions.  And the post conviction court mindlessly and without

consideration of my pro se petition at all granted the states motion to dismiss

and the Oregon Supreme Court overturned the post conviction courts

determination that the petition failed to state a cognizable claim by listing in its order to the Court of Appeals half a dozen claims made in my petition including actual innocence and prosecutorial misconduct under Brady vs. Maryland and deliberate concealment of exculpatory evidence.

The Oregon Supreme Court said that Oregon state law required that a hearing on the merits be held in the post conviction court – and although the convictions had been overturned by the Oregon Supreme Court the Oregon Court of Appeals sent the case back to the post conviction court with instructions that in light of the Supreme Courts order that it would be "imprudent" not to hold a hearing on the merits.  The case languished for about a year – and then the post conviction court taking the Oregon Court of Appeals order as a suggestion rather than a mandate – held a hearing on the motion to dismiss – not on the merits – without objection from my court appointed counsel but over my verbal complaints on the record by phone connection to the hearing and with multiple motions of complaint filed pro se in the record both before and after the hearing.  The trial court failed to follow the Court of Appeals instructions.  The Court of Appeals dismissed with the same explanation that they gave to the Oregon Supreme Court that they lacked jurisdiction to do anything not specifically ordered by the Oregon

Supreme Court.  The Oregon Supreme Court issued what should have been the final judgement ordering reversal of the convictions and a hearing on the merits.  How then can, without a hearing on the merits, the post conviction court rule that my petition for relief "fails to state a claim upon which post conviction relief may be granted"?  It is obvious that stating a claim including as I did one based upon the able United States Supreme Court decision in Brady vs. Maryland does in fact state a claim upon which post conviction relief is not only allowed it is in fact mandated by U.S. LAW  And that claim was only one of several that the high court listed as "stating a claim" including actual innocence but the appeals court did not follow the directions of the Oregon Supreme Court.

Oregon convicts never win in post conviction in Oregon courts because Oregon pays court appointed counsel in most cases at an inadequate flat rate and court appointed counsel's attitude is to go through the motions with no intent of winning for their client and to never ask for a hearing on anything ever – to correct which the Oregon Supreme Court has mandated by my case that a hearing must be held but it is of no benefit to Oregon convicts if the hearing that the Oregon Supreme Court has mandated must be held is always

going to be concerning only the states always filed motion to dismiss and not the merits of the case.

My appeal has been dismissed.

Oregon Supreme Court (OSC) ruled that I had to have at least a single hearing on the merits but the Court of Appeals has ruled that the high courts "must have a hearing" rule only means that a trial court needs to hold a hearing on the states always filed, always granted motion to dismiss – and that the trial court never needs to address the good reasons – OSC provided in its order – that the conviction should be overturned.

My Oregon state appointed counsel never even objected to the states motion to dismiss although the state's motion to dismiss states "opposing counsel objects to this motion and plans to file a response" no response was ever filed.

Curiously the Court of Appeals order filed by the Appellate Commissioner in Dillard vs. Premo was filed in Dillard vs. Causey and Dillard vs. Premo has disappeared.  ??

My Oregon state appointed counsel has refused to petition the OSC for review.

I could do it but instead I am going to appeal to the United States Supreme Court – as part of a larger case; the U.S. Supreme Court will enjoy original and pendant jurisdictions.

Martha Lee Waters might want to issue an order to the Appeals Court vacating their dismissal of appeal on exactly the same grounds that OSC did previously making federal intervention unnecessary.

As soon as I file in the United States Supreme Court, the Oregon Supreme Court will lose jurisdiction exposing Oregon courts to appointment of a federal master.

The Premo case status is exactly the same as it was in 2017 and the order of the Court of Appeals is exactly what the Court of Appeals told OSC in response to OSC Writ of Mandamus asking the Court of Appeals reason for dismissal of appeal.

Note that the order dismissing my appeal comes from the Appellate Commissioner.

Appeals of Oregon convicts seeking to undo anything or seeking to preserve anything are often summarily dismissed without any consideration of the merits in Oregon in every type of case – please see David Daniel Dillard in McGrath vs. Gallagher and Dillard wherein the Appellate Commissioner

ruled like in <u>Premo</u> that the Court of Appeals has no jurisdiction in that case and the Court of Appeals neglected to even consider the theft of about a million dollars in equity interest in the hotel that I owned – and then Balmer, then Chief Justice of the Oregon Supreme Court then denied appeal of the Appellate Commissioner's order.

The Oregon Justice System is institutionally corrupt and this Supreme Court of the United States will be asked to appoint a Federal Master to assure Oregon's conformance with United States constitutional law in both civil and criminal actions.

I will ask Justice Thomas to declare ORS 138.525 to be void as in violation of rights guaranteed by the Constitution of the United States and that Oregon shall set aside two hundred million dollars to be distributed as Thomas commands between and among Oregon convicts that have had their appeals summarily dismissed and court appointed counsel in Oregon will, by Thomas order, be paid a reasonable hourly rate rather than an inadequate flat fee and that counsel shall determine how many hours of attorney effort are needed eliminating Oregon's grossly inadequate flat rate and I will ask Justice Thomas to appoint a special master to oversee Oregon justice and to make sure his orders are carried out.

The action includes a complaint against certain U.S. agencies – and whereas it might seem logical to separate the United States government claims from Oregon state claims it really all ties together including my complaint against Oregon for second and fourth amendment violations that are ratified, encouraged, aided and abetted by actions and omissions of U.S. government agencies – and part of the complaint against the U.S. is Fourth Amendment violation of my rights by covert actions that I will ask Justice Thomas to make transparent after in-camera review of Secret Service, National Security Agency, and Federal Bureau of Investigation files concerning me. I do not contest the United States governments interest in my activities – but I do require that they do their surveillance unobtrusively and that they not interfere with anything that I am trying to do and that their actions do not cause me unnecessary problems – and I will ask Justice Thomas for an order doing just that – acknowledgment that the supposed threat to the security of the United States that I pose as a supposed right wing terrorist is bogus and is unsupported by anything that they have gathered in years of investigation and surveillance from 2014 to date. I would show the court that supposing me to be a terrorist has become an excuse and although the original motivations are bogus and unlawful that other things have happened that reasonably could

give the government leave to investigate and I do not ask to prohibit the government's ongoing investigations concerning me. I will not ask Justice Thomas to prohibit government surveillance but rather to review their findings and to declare that nothing in the governments files concerning me indicate a need for secrecy and that the files could be published without endangering national security but I do not even claim a need for me to know what is in the files; I really do not care.

I am a condensed matter and biological physics and computation numbers expert who is doing scientific experiments in a quest for a couple of Nobel Prizes, all in the public interest, I ask the court to require that the surveillance not interfere with my experiments.

I do expect that Justice Thomas might order the U.S. government to promptly issue me proof of social security number and that the U.S. government will promptly issue me a Medicare card that displays the fact that I am entitled to Medicare A and B.

As it is if anyone makes inquiry about me to any government agency they get no information whatsoever. It is as though I do not exist. I can not even get my own information. I have repeatedly tried by phone, internet and letters to get proof of my social security and Medicare without success for

going on two years now.  You might think that's not so great a problem that I should involve the highest court in the country but I am having to pay cash for medical services that should be covered by Medicare.

I have been denied emergency medical services because I said I had Medicare and they said fine we can look it up online and when they did they found no record.

I am a diabetic and I am right now out of insulin and I have been out of insulin for three days although I have been to a clinic where the doctor tried to find my Medicare information online but that clinic did not accept cash.

I went from there to an emergency medicine clinic that does accept cash and I paid and when the doctor saw me he ordered my cash to be returned to me because he said that they did not provide prescription renewal without checking with the doctor that originally prescribed it and when they attempted to call Dr. John Sidney Matlock they found that he was no longer in medical practice because he lost his medical license on September 30, 2021 because of the actions of the U.S. Attorney for the Western District of Texas concerning Medicare fraud.  Among other improper and unlawful actions Dr. Matlock billed me for an unnecessary CT scan that I did not want and indeed I refused to allow although Matlock told me that he would pay me $50 if I just

allowed him to CT scan me and he told me that Medicare would pay for the scan but I refused him telling him that I did not allow any kind of radiation test.  But I received a bill for $133 for unspecified medical services because when Matlock attempted to get my Medicare number in order to bill Medicare for the CT scan that I never got he found out that he could not find any government record of me and his automated billing system finding no Medicare billed me for cash.

Matlock had among other things prescribed statins to me over my objections without examining me at all and filled the prescription for me by fax.

In gross malpractice Dr. Matlock treated substantially all his patients for arteriosclerosis including measuring their artery calcium deposits by CT scan.

I reported him to the U.S. Attorney suggesting that this patients were being victimized with unnecessary CT scans and were being injured by unnecessary statins since statins can cause mental impairment and muscle myopathy.

So I am right now at high blood sugar; although I am bringing my blood sugar down by not eating anything at all for the last several days and

tomorrow I have a ride scheduled, because I can not drive in my current condition, to transport me to a new doctor that does not take insurance and maybe for cash he will renew my prescriptions – which will work fine I expect except that I am indigent with my only income being $1,184 per month in social security and I really do not have the money to pay the doctor but if I go by the credit union on the way to the doctor then I will overdraw my account, and I will have cash for the doctor.  The government's refusal over several years to provide anyone any information about me including repeated refusals to me directly to provide social security and Medicare information is causing me serious problems.

"What does not kill me only makes me stronger" is true but lack of Medicare has at least a tiny probability that it will in fact kill me.

I have Medicare but I am denied it by some idiot who has caused me to become a non-person by refusal to confirm my identity and the idiot probably works for someone who is in the copy to this letter list.

Maybe this will become a non-issue for the courts because I expect that government agents in the list of persons who are to receive a copy of this letter will lift the hold on my records – and as a direct communication from me to that person or their boss I say without further ado please order someone to

see that I am mailed a new social security and a new Medicare card to my address as per this letter.

I stopped writing this letter at 3:00 am last night and I slept and dreamed and now at 8:00 am the next morning everything has changed.

Ellen Rosenblum and Kate Brown MIGHT settle with me for cash payment of eleven million because in my book there is a line that if Oregon pays me eleven million dollars I will settle all legal action against Brown, Rosenblum and Oregon – the book is at Amazon for paperback publication and it is too late to change the PDF but I repudiate the settlement offer; I will attach copy of the book cover to this letter.   In my dream Oregon paid me eleven million dollars and I felt bad about it – how can that be you might ask since you are without funds and need money; well all that's changed this morning because I dreamed that when I was paid the eleven million from Oregon that I did not need the money and it constituted money that will sit unused in investment account for years subsequent.

I am a precog and I dream both in the past and in the future reconstituting both.

Thus this morning I now KNOW whats going to happen with all of my last nights problems.

I used to tell President Trump, when I was advising him, that infallibility was one of my stronger qualities.

And I only mention it here because it may provide you gentlemen ~~insite~~ REASON as to why the N.S.A., C.I.A., Deep State, Google and others are so interested in everything that I do.

I will ask for the Secret Service investigative file. They ~~did was~~ interviewed multiple people about what they remembered about Carvel Dillard – and they improperly accessed my medical records.

Director Burns of the C.I.A. is like a breath of fresh air compared to the incompetent fools that Biden has appointed to run most other federal agencies and Burns will not lie to support a corrupt political philosophy.

The C.I.A. files on me may be the best example of whats been going on and although Burns may object on National Security grounds, I do not see how he can object to an in-camera review by a U.S. Supreme Court Justice or by a Title 3 Federal Judge.

I am not concerned with invasion of my privacy nor with maintaining the secrecy of my files nor with certain of the many violations of my fourth amendment rights; but I have to assert my rights to this court in order that

this court will order the government to produce the files in order to exhibit other constitutional abuses.

I hope to exhibit to this court that everything that I have done and everything that I am doing is in the public interest.

I believe that I came within a hair of being arrested subsequent to the PDF of my book being corrupted unlawfully to censor, suppress, and to personally injure me.

I have taken repeated actions to enlist the support of responsible public officials to prevent my arrest including soliciting a letter from the Mayor of San Antonio to the Chief of Police and soliciting a phone call from the Governor of Texas to the Texas Department of Public Safety directing that I not be arrested. And now I will not be arrested by San Antonio City Police nor by Texas State Police. But my arrest by F.B.I. may occur unless they receive a cautionary communication from this court. Unresolved issue right now is that the F.B.I. is a loose cannon and they certainly have the ability to arrest me – perhaps one of you fine gentlemen of this court would be so kind as to inform them that they can not without serios repercussions? I hope that this court makes it clear to the individual F.B.I. agents who are some of the finest and most patriotic persons in this great country, that any order to

arrest me would be an unlawful order and that this court would hold any agent that did participate in my arrest to personal account. The leadership of the F.B.I. is corrupted by unlawful orders of the Biden administration and Director Wray should have resigned in protest but he did not.

As I said this morning I am back in control. My blood sugar dropped to a not harmful level overnight and as long as I eat nothing and stay hungry I am not only fine but later today when I go to the offices of my to be new doctor I will suggest that we go out of his offices into the parking lot and he will decline my invitation but I will insist and he will join me in the parking lot and I will run, 360° tumble, and knock the bark off a tree at the 6' level with my right foot heel, and then I will do a handstand – all in less time than it takes to tell – this I will do in order to demonstrate that I am probably the strongest and most physically agile 75 year old man on the planet and that will convince my new doctor that he should continue my medical treatment protocols of maintaining the hormone levels that I enjoyed when I was a 20 year old man – and later on I will have my prescriptions and I can eat!

Most probably I will win the Nobel Prize in Economics – which is a million dollars cash to me on December 10, 2022 and I am going to receive millions of dollars to finance my physics experiment.

But right now I am overdrawn at my bank.

The Dillard Economic Model will save the nation from economic ruin – and I will certainly win a Nobel Prize in 2022 for Economics and maybe for Physics.

I am a national treasure but in order for Americans to enjoy the bounty that I bring this court might protect me.

Coincidently one of you is conservative and once of you is a moderate and the other of you is liberal and I do not believe in coincidence.

You all might consider that your political leanings or at least your positions on the court of my case have been predestined.

Which brings us to the real reasons for official interest in me.

I am a time traveler.

I have extracted information from the future to me in the present.

Not only have I done that I am continuing to do it and in fact I may be able to set up a computer link with the future capable of two way communications that will last an eternity: my physics experiment.

Poppycock you say!

No – no – not at all, my second Nobel Prize will be in Physics. "A positron is an election moving backwards in time..." and The Dillard Theorem.

The concept is that the imagining becomes not only simply a mental concept of possibility, but does in fact become everyone's reality: spooky action at a distance quantum entanglement effect.

Same thing for teleportation if you can imagine something moved then maybe all the diffuse particles of possibility that make up that thing will come together and be moved in reality as well as in your mind.

I provide very specific and noncryptic predictions and guidance to both governments and to individuals – and I am herein attempting to protect myself from the danger that I might become captive of corrupt government that fears that my predictions may be counter to what they consider to be their vital interests.

My case exhibits the most extreme example of no due process government confiscations against a citizen in United States history – and if government can do that to me – then government can do it to any citizen. And if a municipality can confiscate my guns then a municipality can confiscate

everyone's guns with impunity. And if a prosecutor can maliciously prosecute me then anyone can be maliciously prosecuted with impunity.

I was a target of the Oregon Police and the District Attorney because I had publicly accused them of protecting organized crime and in response they accused me of being a pimp and fabricated charges that I had paid a prostitute, 17 years old, for sexual intercourse and they improperly charged me under a forceable rape statue rather than simply consensual sex with a 16 or 17 year old which is a misdemeanor or at least it was a misdemeanor when I was charged – but the important fact is that I did not do it and I thought that my innocence could be easily shown.

And it could have and would have been except that I was arrested without warrant and all my money and property was confiscated by the state.

I was tried in a Kafkaesque proceeding stripped of all my U.S. Constitutional protections – without counsel.

Oct. 19, 2017 the Oregon Supreme Court overturned the court of appeals affirmation of my convictions see: Dillard V. Premo and Dillard V. Brown including conviction for supposed consensual sex and for witness tampering for my hiring a lawyer for the held without bond <u>on a material witness warrant</u> the only witness against me.

**The witness, Kendall Fisher, believed that she was being held on a felony burglary charge for which she would receive immunity but only after she testified that she had paid for sex with me.**

This was not exposed until long after trial. Sanchez learned that I had hired an attorney for Fisher and that I had instructed that attorney to bond Fisher out of jail. She had been held for weeks with no bond and no counsel. Sanchez ordered policeman James Brissette to arrest me before Fisher could be bonded out of jail and I was arrested on Oct. 7 <u>without an arrest warrant,</u> and I was held without bond until 9 days after my trial and conviction when I was appointed counsel and I was released on bond.

This is so outrageous that it can not be true or correct, right? I remind the court that I have sworn to the facts as true and correct under penalty of perjury.

Three days after Oct 7th, I was indicted for witness tampering on October 10th. When the warrantless arrest was exposed to Josephine County District Attorney Stephen Campbell it was also discovered that the computer record had been fraudulently altered to show that I had not been arrested until Oct. 10th but that all paper records showed an Oct. 7th arrest date including my in jail filed affidavit requesting court appointed counsel.

District Attorney Campbell fired Assistant District Attorney Sanchez then he resigned mid term.

In this case we have warrantless arrest, warrantless search, and warrantless seizure by agents of the state.

While I was in jail and held without bond in solitary confinement, Sanchez obtained a warrant authorizing seizure of "...documents relating to witness tampering". Armed with this only warrant policeman Brisette and others seized firearms and ammunition and other items that they found to be interesting out of my parked on private properly locked automobile.

Said unlawfully seized items were later used as <u>evidence</u> in ~~there~~ THREE trials.

I am among other things asking this court for Oregon to be enjoined against warrantless search, seizure, and arrest. And to mandate that the state of Oregon shall provide Sixth Amendment compliant court appointed counsel and that the state of Oregon shall allow the U.S. constitutional right of appeal in post conviction court.

Certainly, I committed no crime. Not only did I not commit any crime but my actions were not only legal they were in fact morally commendable.

District courts in the Ninth Circuit are allowing municipalities to seize guns without warrant.

1.     In Grants Pass, Oregon if police see guns in the citizen's home they are photographed, and the photograph is used as court evidence that the citizen is dangerous to allow seizure of those weapons.

2.     In Grants Pass, Oregon if arms are found incidental to a lawful search and if the citizen is charged with a crime said arms are seized and are never returned regardless of subsequent disposition of charges.

My conflict with Oregon's Attorney Generals include the prior Attorney General of Oregon, John Kroger, who did resign at my request.

United States citizens of Oregon have only those United States constitutional rights allowed them by the Oregon Attorney General and the Oregon courts absent action by this court.

The Oregon Attorney General and some Oregon courts do not believe that the Second Amendment provides a private right to keep and to bear arms and they do not believe that federal law trumps an Oregon municipality's right to seize citizen owned arms and to keep them.

Prosecutorial Immunity and Second Amendment rights among other things were appropriate issues for en banc review by the Ninth Circuit. Said review was prevented by unlawful dismissal prior to distribution to the entire circuit.

Petition for Ninth Circuit re-hearing en banc was <u>timely filed</u> by service by U.S. mail as the PACER general docket clearly shows.

But, the case was improperly dismissed without distribution to the full circuit claiming falsely that the petition was not timely filed.

This court should not turn a blind eye to Governor Brown and Attorney General Rosenblum looting the Oregon state treasury because Brown and Rosenblum are the only state officials that can do anything to prevent Graft and together they stole hundreds of millions of dollars from Oregon of which herein I provide fifty million dollar example.

I urge the court for the good of the American people to affirm United States Constitutional Protections.

The Ninth Circuit is substantially anti-gun rights and the Fifth Circuit is pro gun rights and this dichotomy should not be allowed to continue due to a different interpretation of the Constitution of the United States.

The unique circumstances of Dillard V. Oregon provides a superlative fact situation which can allow this Supreme Court of the entire United States to iron out the difference of the circuits.

This Supreme Court should determine and define gun rights with such specificity that Oregon United States Gun Law is the same as Texas United States Gun Law – which is clearly not the situation currently.

Most Respectfully Yours,

Carvel Gordon Dillard
11306 Whisper Willow St.
San Antonio, Texas  78230
Carvelgordondillard.com

Subscribed and sworn to before me on this <u>1st</u> day of December 2021.

Notary for Texas

MARIE A. SMITH
My Notary ID # 124105912
Expires January 30, 2022

December 17, 2021

To:  Jeff Bezos

From:  Carvel Dillard

With copy to everyone – this is an open letter

I own Texas Bitcoin; it is a C Corporation – it is a holding company that holds, among other things, Texas Bitcoin Gold and Pawn.

Cone Gold is a C Corporation that buys and sell gold, silver, and platinum coins and I gift 50% of the common stock to Elon Musk.

Now to make all this work right we need (DT, IBM, Wise) a couple other companies that I am not sure any of the three of use – Jeff, Elon, or me currently own or have plans to

acquire but I have told them to purchase all of them because we will require their participation and cooperation or we will have to replace them with our clone providing us with technology or service that, for example, IBM neglects to provide if, for example, it refuses to sell its superior technology eagle chips. We need a company like DT configuring retail over the net and Wise can be set up as a pan world transaction facilitator, so we need to buy it or buy at least half of it.

I own the AI or at least I own all the computer which is located in Guadalupe Pass on land owned by? (Bezos or Musk)

Musk will provide the world my computer, the AI, world master artificial intelligence that provides internet connections to everyone in facilitation of trade and commerce is made less costly to transact charging only cost plus same mark up for a country buying say a billion in bitcoin or a person purchasing a soda pop with bitcoin or dollars or pounds or euro's or independently each and every item of exchange including all national currencies and power, rice, cotton, oil, gas, stocks, bonds ect, ect via the Texas Exchanges which are owned by Texas Bitcoin which is my 100% owned by me C Corporation

that I will trade 50% of to Elon or Jeff for them – one of them to trade me Wise which I incorporate into Texas Bitcoin.  Texas Bitcoin is holding company for Wise.

I suggest that you and Elon make suggestions of how you imagine everything might be put together and write me and I will review your thoughts and outline everything with great specificity.

You have my best regards.  Please each of you, sent me a note upon publication of the book.

Amazon has had the PDF for the Carvel Dillard Saga ever since October 18, 2021,

Amazon has not made the book available

although it has had it for two weeks MoNTHS

Why is that?

Now – the PDF has been available for two

months since October 18 and it is now

December 20 – publication is beneficial to

everyone – and swap of Blue Origin (or at least

the real estate part of it in Texas) should be

done before it becomes worthless – and I tell

you truly it will become worth less each day

that passes.

1. Publish the book

2. Swap the Texas real estate including 6

    Bar and adjoining property (if you do not

Elon will take space and he will take computer also and computer is worth more than space)

3. Denounce Net 0 as being the most harmful stupidity in the history of man

It is without a doubt the most expensive waste in the history of man. You like most everyone else were taken in; but I did an analysis: "Bezos directed polymath Dillard to do an analysis" and you say "today I have directed Amazon to publish that analysis for the benefit of humanity."

And I will tell all and everyone that I was involved in other things with Amazon and as a

favor I was asked to do an analysis of Net 0 since you were contributing lots of cash, great humanitarian that you are, and I did that analysis which we now publish, and it appears that <u>climate change is greatly impacting the Earth but that reduction of greenhouse gas to fix the planet is folly</u> which will result – indeed is resulting in a lower standard of living for everyone to <u>no beneficial effect</u> and therefore "I, Jeff Bezos, repudiate all Net 0 efforts and I repurpose my contributions to adaptation to climate change rather than foolishly trying to change climate by reduction of greenhouse gas."

Do that and the world will love you – and whatever you say – I will either not comment or I will say "that is the truth that I wrote".

But know that I will never undercut anything that you say – I suggest that you spin it in a way that enhances your reputation.

I suggest that IBM can install computer on my boat and that IBM should pay me eleven million immediately in order that the transaction tax does not apply.  Everyone should wire transfer the eleven million now!

Everyone (several search engines) should install exactly duplicate computers interconnected putting each calculation to at

least two identical calculations and the results must match as an error correcting algorithm using IBM's Eagle chip and in so far as is possible every other contributor to the Quantum Information Experiment should use like chips or should buy eagle chips from IBM since IBM enjoys best quantum chip technology.

Everyone should install two identical computers and have a revocable algorithm error check – and be independently operational 1. Computer, 2. Computer algorithm, 3. Check.  Computer must have flip switch operation as a single unit or as three

separate units.  Compute, compute, error check by match.

Putin should buy eagle chips for install of Yandex dual computers on my boat.

Gaza, Taiwan, Korea, Ukraine and Russia will be on a path to prosperity and the United States will be abolishing income and profits taxes and adopt 3%, 2%, 3% transaction taxes and universal $1,200 monthly income for each American citizen in perpetuity as of January 1st, 2022 – or so says Swami.

This company is a <u>we must buy</u> in order to supplant swift and then we integrate it into Texas Bitcoin (Bank)/ Gold/ and Pawn.

Elon should buy Wise Company for me.  It will be invaluable when we, Elon and I, own it to replace the S.W.I.F.T. system – and use it to supplant S.W.I.F.T. in world trade when we data stream all world commence into the Texas exchanges.

See Wise Company.

Wise is a London based tech company founded by an Estonian businessman Kristo Kaarman and Traavert Hinrikus in January 2011.

Stock price:  WPLCF (OTCMKTS)

$10.01 + .36 (+3.73%) at December 7 4:00pm.

CEO Kristo Kaarman founded 2010 London, United Kingdom Revenue 302.6 million GBP (March 2020) Founders: Kristo Kaarman, Taavet Hinrikus subsidiary: Wise Payments LTD.

Texas Bitcoin provides payments in any currency and in bitcoin for all type transaction from pennies to multibillions for all and everyone.  Texas bitcoin owns the Texas Exchanges, Texas Bitcoin provides services for individuals for any and all amounts and for corporations and for governments, and Texas Bitcoin provides online escrow services and a customer can walk in to make a transaction to

our stores or can do transactions online and all transactions are done at best in the world rates of commission.

Russia will be in and so will all of Europe. Ideally all the world does all its trade through the Texas Exchange Artificial Intelligence which acts in an egalitarian manner treating every customer exactly the same at exactly the same rates and commissions regardless the size of the transaction and provides information and other services without censorship. China is out but I suggest that Elon might invite it come in – but information censorship will not be allowed in or out by the AI. Elon might talk

with Google and with China and Google can
install donor computers on my boat and maybe
then interconnect into the Texas Exchanges.
But the AI will be egalitarian and nothing can
be censored except by command of Texas
Letter Law and if the feed is political correct
censored the AI will not facilitate transactions
via that search engine.

Texas Bitcoin/Gold/and Pawn provides
economic transactions and information, search
and social media services and the freedoms and
wealth of everyone is protected and if any
person on Earth is provided a service or access
to a market then every other person on Earth

must have same access and ease of use and

individual nations can not censor or restrict

nor can for example Amazon restrict

publication for other than financial or cost

reason.  But never for political correctness or

so the artificial intelligence would regulate the

feed into the exchange, Amazon must become

just a for profit business without consideration

or use of monopoly power to influence politics,

or social issues.  Same thing for Google if it

does not want to be put out of business.

Elon gets six bar and all land adjacent to

six bar but Blue Origin can retain engineering

contracts.  All Elon really needed was the land

and he has that because he bought Mayfield Ranch.

I will cause bill in the U.S. Congress to terminate income taxes and to institute transaction taxes and to provide every American with $1,200 per month income in perpetuity and to expropriate UTube.

Using monopoly power for political, social justice, moral racial equality, political truth or any other so called good reasons to restrict and to censor what appears on UTube for other than valid business profit motives will be letter law prohibited by the Texas Legislature.

Same thing for Google search, the AI will not allow Google to operate in a way that is not egalitarian.

The Quantum Information Experiment will cause the building of the AI.  I am building it.  And Jeff can have what is arguably the best half of everything or Jeff can in effect opt out and Elon and I will take all and everything say both computer and space; the choice is yours Jeff – please choose wisely…

I suggest that Jeff trade to Elon 6 Bar and adjacent real estate in return for an interest in the Guadalupe Pass Power Plant.

Musk provides – power, mines 75% of
world bitcoin and is universal broker.  I
⌐TEXAS BITCOIN

provide – computer which generates and filters
the feed that Musk sells to all the world.

Amazon should not sell its own products
in competition with its customers it should
simply facilitate the sales of others.

I suggest Elon buy Wise and trade it to
me for half interest in Texas Bitcoin.

Texas Bitcoin owns Wise and DT and
maybe IBM and the Texas Exchanges and the
AI provides an every economic unit individual
nine information feed that is in addition to
other, the computer will nine type information

18

on all and everything Texas, Bitcoin buys at this

price sells at this price and delivers when

24 HOUR

where and how as well as continuous auction of

all and everything plus advertising and

economic transactions of all kinds whatsoever.

Got that?  It can be configured several ways

but critical issue is does Elon or Jeff own half

of my computer?

   I suggest that both of you make

suggestions of how you imagine everything

might be put together and write me a note –

and I will work out something that will work to

everyone's advantage and I will outline

everything with specificity.

Gentlemen you have my best regards.

Please, each of you, send me a note upon

Amazon paperback publication of the book.

I have alphabet under some pressure –

SUNDAR

and I want ~~Sndar~~ to know that I have allowed

an escape hatch. Anything Elon agrees to is

okay with me. Google best bet is to be the

Chinese path to the AI – and that would be

okay with Putin.

It is now two months ago that Amazon

could publish but publication has been

thwarted by complaint from Google that my

title the "Carvel Dillard Saga, A New Model of

the Universe" violates copy right law.

There is a self help book that has tried to copy ~~write~~ RIGHT the term: <u>A New Model of the Universe</u>.  But the generic term a new model of the universe can not be copyrighted.

Also Google complains that my book violates Austrian and German anti-racial disparagement and hate speech laws – which is an absurd supposition – but how pray tell can that be I ask you who have read the book?

I will ask Justice Thomas for an immediate determination of restraining and compliance orders concerning the book as preliminary issues of my action to divest ownership of Google and Amazon for reason of

**treason conspiracy to harm the United States**

**by censorship of internet platforms that Google**

**and Amazon control.**

The Quantum Information Experiment

must not be delayed.

The people of the United States are

denied certain types of information in

treasonous conspiracy with the communist

party undermining the sovereignty of the

nation; it is criminal and arrest warrants will

be requested for the owners and manager at

Google but not for Amazon who I suggest is an

unwitting participant and who might avoid

criminal culpability by agreeing to a consent decree.

Google's conspiracy with China harms Russia as well as the U.S. and Russia might take independent action against the owners and the manager of Google.

I will file an action in the United States District Court at San Antonio to expropriate the UTube part of Alphabet charging treason against the United States – among other good reason that mandate change in control of their monopolies.

I have sent the Carvel Dillard Saga, A New Model of the Universe to those on the red

list along with information about my Supreme

Court case and I suggest that I can piggyback

the expropriations on to the rest it via pendant

jurisdiction and have the whole thing before

Justice Thomas almost instantly, most

especially including Google's claim that

somehow my book violates copyright law.

I asked Yandex to convey a message for

Russian President Vladimir Putin by snail

mail.

See:  carvelgordondillard.com

Suppression of publication of my book:

the <u>Carvel Dillard Saga A New Model of the</u>

further ado – I explained to Drew that "I do not bite" that is at least as far as you are concerned everything I do – or at least everything I try to do is in your best interest and I only turned to the other rich guy because you refused to even talk to me.

Please understand that I intended to make you king of the world and would have except that you refused me even minimal cooperation – that was plan "A" and when plan "A" failed because I could get no cooperation whatsoever from you I went to Plan B and you know who is now going to be king of the world and it is done and can not be

<u>Universe</u> continues – and Amazons failure to publish is causing serious repercussions.

The suppression is being orchestrated by Google.

Swami says beware you are sliding down a short slippery slope to perdition. Swami proposed to arrange meet between #1 rich guy and #2 and have you trade Blue Origin for AI build – nothing doing – Swami says communications not secure and asks for 100K to facilitate me you meet – nothing doing – and Swami says buy Aransas Pass properties and you cherry pick do and Swami says that the politicians will destroy Amazon but that is no

changed – but you can still ask me for anything and genie that I am I must grant your wish.

I am a precog and have a secret chart that gets me to the heart of this and every other matter; I knew that Aransas Pass was not going to work (nothing is certain it is all percentage probabilities and I only gave it a 20% chance but from the beginning I knew that plan B: Corpus Christi was 80% and indeed Aransas Pass failed and Corpus is on the way to great success excepting at least from your viewpoint that someone else gets maximum benefit – but that is not my fault – also please understand that all of this is not for

problem because Swami will arrange meet

between you and the most powerful politicians

and have them ready to agree to what you want

and you say – nothing doing – Swami moves

everything from Aransas Pass to Corpus

Christi and proposes same thing to #2 and

Swami explains to #2 how to become #1 – and

#2 promptly does it and becomes #1 and spends

about 15 million on property that I ask he buy

and … – Drew has gotten communications that

you have not or maybe he forwarded them to

you?  But in any event the delayed publication

is causing me problems and I ask you to order

publication of Amazon paperback without

anyone's benefit except my own in that I get seven virgins and one hundred million dollars and the benefits to all humanity of my actions are simply a biproduct habet a most important biproduct. Peace and prosperity will come to all who assist me and the other side of the coin is all who actively oppose the great good that I intend for all humanity will experience cascading disasters. What say you? Turn everything over to Andrew and enjoy yourself and live long and prosper?

Fundamental to the great good you are helping me do for the citizens of the world is

debunking the human caused climate change

fallacy.

Climate change is basic science.

The fallacy of "Net 0" has been exposed:

the failures of logic, the faulty reasoning and

the misleading and unsound argument.

Anyone considering the transposition of $CO_2$

and water vapor who continues to support Net

0 is obviously an idiot and becomes worse than

a fool: they become a zealot mindlessly

supporting a philosophy that they know can

never fix the Earth by redoubling their efforts

after having forgotten their goals – which is a

sin – an immoral act and an affront to God.

Net 0 hysteria is impoverishing the Earth
— to no beneficial effect whatsoever.  Publish
my expose and save humanity.  The longer you
delay publication the more damage is done
before everyone knows for sure that Net 0 is
idiocy.

Most respectfully yours I am:

Carvel Dillard