# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| CARVEL GORDON DILLARD )<br>*Plaintiff* )<br>v. )<br>STATE OF OREGON et al )<br>*Defendant* ) | Civil Action No.  SA-22-CV-00699-XR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   The Recommendations of Magistrate Judge Bemporad are ACCEPTED. Plaintiff Dillard's case is DISMISSED as frivolous. Pending Motions, ECF Nos. 14 and 16, are DENIED. Because Dillard may have future cases in this Court, he is also WARNED that further frivolous filings or motions in any future filed may also result in the imposition of monetary sanctions.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date:  10/21/2022

*CLERK OF COURT*   Philip J. Devlin

*natcmt*

*Signature of Clerk or Deputy Clerk*